UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-62693-CIV-SMITH

ALDO RODRIGUEZ-LLORENTE,

       Petitioner,
v.

ZOELLE RIVERA, *et al.*,

       Respondents.
_____/

## ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

This matter is before the Court upon the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1], Respondents' Response to Order to Show Cause [DE 15], and Petitioner's Reply [DE 16]. Upon consideration of the parties' submissions, the pertinent portions of the record, and the applicable law, the Court finds that Petitioner is being unlawfully detained.

Respondents maintain that Petitioner is being detained under 8 U.S.C. § 1225(b)(1) because U.S. Customs and Border Patrol initiated Expedited Removal proceedings against Petitioner in 2021 when he was apprehended near the United States-Mexico border. However, because Respondents released Petitioner on his own recognizance in 2021, which is not permitted under § 1225(b)(1)(B), the Court finds that Petitioner's proper classification is as a detainee pursuant to 8 U.S.C. § 1226(a). *See Giron v. Noem*, No. 2:25-cv-01201-SPC-NPM, 2026 LX 27982, at *8 (M.D. Fla. Jan. 7, 2026) (finding that non-citizen released into the community and "allowed to stay" more than two years is no longer subject to expedited removal under 8 U.S.C. § 1225(b)(1); *Gonzalez v. Sec'y, Dep't of Homeland Sec.*, No. 2:25-CV-1047-KCD-DNF, 2025 WL 3677101, at *1 (M.D. Fla. 2025) (finding that federal regulations provide that aliens detained within the United States

who have been here for years before their detention are entitled under § 1226(a) to receive a bond hearing at the outset of their detention). Accordingly, it is,

**ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [DE 1] is **GRANTED:**

1. Within 10 days of the date of this Order, Respondents shall provide Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a).

2. Respondents are enjoined from denying bond to Petitioner on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(1).

3. Respondents shall, within 24 hours of the bond hearing, file a status report indicating the outcome of the bond hearing and, if release on bond is denied, the reason(s) for the denial.

4. All pending motions are **DENIED as moot.**

5. This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 28th day of January, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE